# United States District Court

_____ DISTRICT OF __MASSACHUSETTS__ _____

ALICE W. HALPIN,
Plaintiff

V.

RDC OF CONNECTICUT, INC., R.D. CLARK
AND SONS, INC., KATELAND LEASING, INC.,
PINNACLE TRANSPORTATION, INC. and
CHINA GROVE TRANSPORT, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-30046 KPN

TO: (Name and Address of Defendant)

R.D. Clark and Sons, Inc.
31 Robbinswood Drive
Wethersfield, Connecticut

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Adam J. Basch, Esq.
Bacon & Wilson, P.C.
33 State Street
Springfield, MA 01103

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS

CLERK

_Mary Finn_
BY DEPUTY CLERK

DATE: February 10, 2005

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE February 15, 2005 |
|---|---|
| NAME OF SERVER Brian F. Zito | TITLE State Marshal |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Left with Robert D. Clark, President duly authorized to accept service for R.D. Clark and Sons, Inc. at 31 Robbinswood Drive, Wethersfield, CT

### STATEMENT OF SERVICE FEES

| TRAVEL 2.00 | SERVICES 58.00 | TOTAL 60.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on February 15, 2005

Signature of Server

Address of Server: P.O. Box 290001, Wethersfield, CT 06129-0001

CT STATE MARSHAL
BRIAN F. ZITO
(860) 526-00__

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.