# United States District Court

_____ DISTRICT OF __MASSACHUSETTS_____

ALICE W. HALPIN,
Plaintiff

V.

RDC OF CONNECTICUT, INC., R.D. CLARK
AND SONS, INC., KATELAND LEASING, INC.,
PINNACLE TRANSPORTATION, INC. and
CHINA GROVE TRANSPORT, INC.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 05-30096-KPN

TO: (Name and Address of Defendant)

Kateland Leasing, Inc.
31 Robbinswood Drive
Wethersfield, Connecticut

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Adam J. Basch, Esq.
Bacon & Wilson, P.C.
33 State Street
Springfield, MA 01103

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS                         February 10, 2005
_____            _____
CLERK                                DATE

  /s/ Mary Finn
_____
BY DEPUTY CLERK

AO 440 (Rev. 5/85) Summons in a Civil Action

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

**DATE:** February 15, 2005

**NAME OF SERVER:** Brian F. Zito

**TITLE:** State Marshal

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Left with Robert D. Clark, President, duly authorized to accept service for Kateland Leasing, Inc., at 31 Robbinswood Drive, Wethersfield, CT

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 2.00 | 58.00 | 60.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on February 15, 2005

*Signature of Server*

CT STATE MARSHAL
BRIAN F. ZITO
(860) 529-0000

**Address of Server:** P.O. Box 290001, Wethersfield, CT 06129-0001

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.