AO 440 (Rev. 5/85) Summons in a Civil Action

# United States District Court

DISTRICT OF __MASSACHUSETTS__

ALICE W. HALPIN,
Plaintiff

V.

RDC OF CONNECTICUT, INC., R.D. CLARK AND SONS, INC., KATELAND LEASING, INC., PINNACLE TRANSPORTATION, INC. and CHINA GROVE TRANSPORT, INC.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 05-30046-KPN

TO: (Name and Address of Defendant)

China Grove Transport, Inc.
31 Robbinswood Drive
Wethersfield, Connecticut

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Adam J. Basch, Esq.
Bacon & Wilson, P.C.
33 State Street
Springfield, MA 01103

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS                                February 10, 2005
CLERK                                       DATE

_Mary Finn_
BY DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE February 15, 2005 |
| NAME OF SERVER Brian F. Zito | TITLE State Marshal |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Left with Robert D. Clark, person-in-charge, duly authorized to accept service for China Grove Transport, Inc. at 31 Robbinswood Drive, Wethersfield, CT

### STATEMENT OF SERVICE FEES

| TRAVEL 2.00 | SERVICES 58.00 | TOTAL 60.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on February 15, 2005   [signature]
         Date                    Signature of Server

P.O. Box 290001
Wethersfield, CT 06129-0001
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.