UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-30046-KPN

| | |
|---|---|
| ALICE W. HALPIN,<br><br>      Plaintiff<br>v.<br><br>RDC OF CONNECTICUT, INC.,<br>R.D. CLARK AND SONS, INC.,<br>KATELAND LEASING, INC.,<br>PINNACLE TRANSPORTATION, INC.<br>and CHINA GROVE TRANSPORT,<br>INC.<br><br>      Defendants | **PLAINTIFF'S SETTLEMENT PROPOSAL** |

A Demand for settlement is hereby in the amount of Four Hundred Thousand and 00/100 ($400,000.00) dollars.

<div style="margin-left:50%">
Respectfully submitted,
The Plaintiff,
Alice W. Halpin,
By her Attorney,

_____
ROBERT S. MURPHY, JR., ESQ.
ADAM J. BASCH, ESQ.
BACON & WILSON, P.C.
33 State Street
Springfield, MA 01103
Ph: (413) 781-0560
Fax: (413) 739-7740
BBO# 550804
BBO# 655482
May 11, 2005
</div>

BACON & WILSON, P.C.
ATTORNEYS AT LAW
33 STATE STREET
SPRINGFIELD, MA 01103
TELEPHONE (413) 781-0560
FAX (413) 739-7740

9 CHAPEL STREET
WESTFIELD, MA 01085
TELEPHONE (413) 562-9607
FAX (413) 562-7589

31 TRUMBULL ROAD
NORTHAMPTON, MA 01060
TELEPHONE (413) 584-1287
FAX (413) 584-0453

## CERTIFICATE OF SERVICE

I, ADAM J. BASCH, hereby certify that on May 11, 2005, I caused a copy of the foregoing to be served upon all interested parties by mailing a copy thereof, postage prepaid, first class mail to:

Michael E. MacDonald
Diane Degiacomo
Cane, Hibbard, Mayers & Cook, P.C.
66 West Street
Pittsfield, MA 01201

_____
ADAM J. BASCH

382175