UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-30046-KPN

| | |
|---|---|
| ALICE W. HALPIN,<br><br>Plaintiff<br>v.<br><br>RDC OF CONNECTICUT, INC.,<br>R.D. CLARK AND SONS, INC.,<br>KATELAND LEASING, INC.,<br>PINNACLE TRANSPORTATION, INC.<br>and CHINA GROVE TRANSPORT, INC.<br><br>Defendants | **PARTIES JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)** |

In accordance with the United States District Court for the District of Massachusetts Local Rule 16.1(D) and the Court's Notice of Scheduiling Conference, the Plaintiffs and the Defendants met to prepare a Joint Statement setting forth a proposed pre-trial schedule. The parties were able to agree to all of the scheduled items contained herein.

I.  **Joint Discovery Plan** – Scheduling the Time and Length of all Discovery Events:

   A.  **Written Discovery**: All Interrogatories, Requests for Production of Documents and Requests for Admissions shall be served upon opposing counsel by August 1, 2005;

   B.  **Joinder of Additional Party**: All additional parties are to be joined by August 1, 2005;

C. **Deposition of Fact Witnesses**: The depositions of all fact witnesses to be completed by November 1, 2005;

D. **Identification of Expert Witnesses**: The Plaintiffs shall identify their expert witnesses pursuant to Fed. R. Civ. P. 26(b)(4)(a)(i) by December 1, 2005; The Defendants shall identify all expert witnesses pursuant to Fed. R. Civ. P. 26(b)(4)(a)(i) by January 1, 2006;

E. **Depositions of Expert Witnesses**: Depositions of all Plaintiffs' experts shall be completed by February 1, 2006; Depositions of all Defendants experts shall be completed by March 1, 2006;

II. **Proposed Schedule of Filing Motions**: All Fed. R. Civ. P. 56 Motions to be filed by April 1, 2006;

III. **Final Pre-Trial Conference**: A Final Pre-Trial Conference shall be held on May 1, 2006;

IV. **Local Rule 16(D)(1) Certifications**: Certifications signed by the parties, and their counsel, regarding a litigation budget and the feasibility of engaging in alternative dispute resolution is attached to this proposed Pre-Trial Schedule.

The Plaintiff,
Alice Halpin,
By Her Attorney,

*/s/ Robert S. Murphy*

Robert S. Murphy
Adam J. Basch, Esquire
Bacon & Wilson, P.C.
33 State Street
Springfield, MA 01103
Ph: (413) 781-0560
Fax: (413) 739-7740
BBO# 550804
BBO# 655482
April   , 2005

The Defendants,
RDC OF CONNECTICUT, INC.,
R.D. CLARK AND SONS, INC.,
KATELAND LEASING, INC.,
PINNACLE TRANSPORTATION, INC.
and CHINA GROVE TRANSPORT, INC.,
By Their Attorneys,

*/s/ Michael E. MacDonald*

Michael E. MacDonald
Diane Degiacomo
Cane, Hibbard, Mayers & Cook, P.C.
66 West Street
Pittsfield, MA 01201
Ph: (413)
April   , 2005

382154