UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALICE W. HALPIN,              )
       Plaintiff     )
                     )
    v.                        )     Civil Action No. 05-30046-MAP
                     )
                     )
RDC OF CONNECTICUT, INC.,     )
et al.,                       )
       Defendants    )

SCHEDULING ORDER
May 23, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference ON May 20, 2005:

1. Additional parties shall be joined by August 1, 2005.

2. All written discovery shall be served by August 1, 2005.

3. Non-expert depositions shall be completed by November 1, 2005.

4. Counsel shall appear for a case management conference on November 3, 2005, at 11:00 a.m. in Courtroom Three.

5. Plaintiff shall designate and disclose information regarding her trial experts as required by FED. R. CIV. P. 26(a)(2) by December 1, 2005. Depositions of those experts shall be completed by February 1, 2006.

6. Defendants shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by January 3, 2006, and

depositions of those experts shall be completed by March 1, 2006.

IT IS SO ORDERED.

DATED: May 23, 2005

          /s/ Kenneth P. Neiman  
KENNETH P. NEIMAN  
U.S. Magistrate Judge