UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-30046-KPN

| |
|---|
| ALICE W. HALPIN, |
| Plaintiff, |
| v. |
| RDC OF CONNECTICUT, INC., R.D. CLARK AND SONS, INC., KATELAND LEASING, INC., PINNACLE TRANSPORTATION, INC. and CHINA GROVE TRANSPORT, INC., |
| Defendants. |

**NOTICE OF APPEARANCE AND REQUEST TO RECEIVE COPIES OF ALL NOTICES AND PLEADINGS**

Please enter my appearance as co-counsel for Defendants, RDC of Connecticut, Inc., R.D. Clark and Sons, Inc., Kateland Leasing, Inc., Pinnacle Transportation, Inc. and China Grove Transport, Inc. (collectively "Defendants") in the above captioned matter. This notice will serve as my request to receive copies of all notices and pleadings in the case.

Respectfully submitted,

RDC of CONNECTICUT, INC., R. D. CLARK & SONS, INC., KATELAND LEASING, INC., PINNACLE TRANSPORTATION, INC. and CHINA GROVE TRANSPORT, INC.,

By Their Attorney

_____/s/_____
Lisa M. Read, Esq. (BBO #638735)
Cain Hibbard Myers & Cook, PC
66 West Street
Pittsfield, MA 01201
lread@cainhibbard.com
(413) 443-4771
Dated: October 26, 2005          (413) 443-7694 (Facsimile)