UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALICE W. HALPIN,            )
       Plaintiff    )
                    )
v.                          )   Civil Action No. 05-30046-MAP
                    )
                    )
RDC OF CONNECTICUT, INC.,   )
et al.,                     )
       Defendants   )

REVISED SCHEDULING ORDER
November 3, 2005

NEIMAN, U.S.M.J.

The following revised schedule was established at the case management this day:

1. Non-expert depositions shall be completed by February 1, 2006.

2. Counsel shall appear for a case management conference on February 2, 2006, at 10:30 a.m. in Courtroom Three.

3. Plaintiff shall designate and disclose information regarding her trial experts as required by FED. R. CIV. P. 26(a)(2) by March 1, 2006. Depositions of those experts shall be completed by March 31, 2006.

4. Defendants shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by April 3, 2006, and depositions of those experts shall be completed by May 3, 2006.

IT IS SO ORDERED.

                                            /s/ Kenneth P. Neiman
                                            KENNETH P. NEIMAN
                                            U.S. Magistrate Judge