UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ALICE W. HALPIN, ) | | |
|       Plaintiff ) | | |
| ) | | |
| v. ) | Civil Action No. 05-30046-KPN | |
| ) | | |
| ) | | |
| RDC OF CONNECTICUT, INC., ) | | |
| et al., ) | | |
|       Defendants ) | | |

FURTHER SCHEDULING ORDER
February 2, 2006

NEIMAN, U.S.M.J.

The following revised schedule was established at the case management this day:

1. Non-expert depositions shall be completed by April 30, 2006.

2. Plaintiff shall designate and disclose information regarding her trial experts as required by FED. R. CIV. P. 26(a)(2) by March 30, 2006. Depositions of those experts shall be completed by April 30, 2006.

3. Trial shall commence on June 26, 2006. Counsel shall appear for a pretrial conference on June 16, 2006, at 2:00 p.m. in Courtroom Three. Pre-trial memoranda shall be prepared in accordance with the provisions of Local Rule 16.5(D) and the Procedural Order entered this date.

IT IS SO ORDERED.

    /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge