## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**Civil Action No. 05-30046-KPN**

ALICE W. HALPIN,

       **Plaintiff,**

  **v.**

RDC OF CONNECTICUT, INC.,
R.D. CLARK AND SONS, INC.,
KATELAND LEASING, INC.,
PINNACLE TRANSPORTATION, INC. and
CHINA GROVE TRANSPORT, INC.,

      **Defendants.**

## JOINT MOTION TO EXTEND DATES
## UNDER PROCEDURAL ORDER

The Plaintiff, Alice Halpin, and the Defendants, RDC of Connecticut, Inc., et al.,
jointly request a one week extension from June 9, 2006 to June 16, 2006 for the date for filing
a joint pretrial memorandum, any proposed voir dire questions, any pretrial motions, agreed
upon instructions and form of special verdict, all as called for in the Court's Procedural Order
dated February 2, 2006.

As grounds for this Motion, the parties state:

The parties have completed all discovery but for one additional deposition which is
scheduled for June 14, 2006 at 10:00 AM concerning one element of damages. Discovery to
date has consisted of interrogatories, request for production of documents, eight depositions,
including one expert deposition. The parties have previously scheduled to meet for purposes
of completing a pretrial conference report upon completion of the last deposition. The parties

MEM/06/07/2006/011667/0002/387316/v1

have exchanged drafts of requested jury instructions as required by the Court's Procedural

Order.

An extension of seven days will allow the parties to complete each of the items required

by the Court's Order with the benefit of all depositions being completed.

Respectfully submitted,

ALICE W. HALPIN,                              RDC OF CONNECTICUT, INC., R.D. CLARK
                                             AND SONS, INC., KATELAND LEASING,
Plaintiff                                    INC., PINNACLE TRANSPORTATION, INC.
                                             and CHINA GROVE TRANSPORT, INC.,

By: *Robert S. Murphy* MEM.                  Defendants,
   Her Attorney
   Robert S. Murphy, Jr. (BBO #550804)       and
   Bacon & Wilson, P.C.
   33 State Street                           RDC OF CONNECTICUT, INC.,
   Springfield, MA 01103
   Tel. No.: (413) 781-0560                  Plaintiff-in-Counterclaim,
   Fax No.: (413)739-7740

                                             By: *Michael E. MacDonald*
                                                Their Attorney
                                                Michael E. MacDonald (BBO #310610)
                                                Cain Hibbard Myers & Cook, P.C.
                                                66 West Street
                                                Pittsfield, MA  01201
                                                Tel. No.: (413) 443-4771
                                                Fax No.: (413) 443-7694

Dated:  June 7, 2006