UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-30046-KPN

| | |
|---|---|
| **ALICE W. HALPIN,**<br><br>  **Plaintiff,**<br><br> v.<br><br>**RDC OF CONNECTICUT, INC.,**<br>**R.D. CLARK AND SONS, INC.,**<br>**KATELAND LEASING, INC.,**<br>**PINNACLE TRANSPORTATION, INC.**<br>**and CHINA GROVE TRANSPORT, INC.,**<br><br>  **Defendants.**<br><br>**and**<br><br>**RDC OF CONNECTICUT, INC.,**<br><br>  **Plaintiff-in-Counterclaim,**<br><br> v.<br><br>**ALICE W. HALPIN, INDIVIDUALLY and**<br>**as EXECUTRIX OF THE ESTATE OF**<br>**RONALD J. HALPIN,**<br><br>  **Defendants-in-Counterclaim.** | **JOINT MOTION FOR COURT'S <u>DELAY</u>**<br>**<u>IN ENTRY OF JUDGMENT</u>** |

  The parties move that the Court postpone entering judgment in the above-captioned matter for one week to allow parties time to execute the amended lease and settlement agreement. In support of the within Motion, the parties state the following:

  1. Pursuant to the Court's deadline the parties filed a Proposed Judgment Including Declaratory Relief, today, July 20, 2006.

    2.      The parties have not finalized the amended lease and settlement agreement and need some additional time to complete that process.

    3.      The entry of judgment is dependent upon the parties reaching final agreements as to these matters.

WHEREFORE, the parties request that the Court refrain from entering the judgment as proposed for one week, until July 27, 2006.

Respectfully submitted,

| | |
|---|---|
| ALICE W. HALPIN | RDC OF CONNECTICUT, INC. |
| By her attorney, | By its attorney, |
| | |
| _____ | _____/s/ Lisa McCormack_____ |
| Robert Murphy, Esq. | Lisa M. McCormack, Esq. (BBO# 638735) |
| BACON & WILSON, PC | CAIN, HIBBARD, MYERS & COOK, PC |
| 33 State Street | 66 West Street |
| Springfield, Massachusetts 01103 | Pittsfield, Massachusetts 01201 |
| (413) 781-0560 | (413) 443-4771 |
| | lmccormack@cainhibbard.com |

Dated: July 20, 2006