UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-30046-KPN

| | |
|---|---|
| ALICE W. HALPIN,<br><br>    Plaintiff,<br><br>v.<br><br>RDC OF CONNECTICUT, INC.,<br>R.D. CLARK AND SONS, INC.,<br>KATELAND LEASING, INC.,<br>PINNACLE TRANSPORTATION, INC.<br>and CHINA GROVE TRANSPORT, INC.,<br><br>    Defendants.<br><br>and<br><br>RDC OF CONNECTICUT, INC.,<br><br>    Plaintiff-in-Counterclaim,<br><br>v.<br><br>ALICE W. HALPIN, INDIVIDUALLY and<br>as EXECUTRIX OF THE ESTATE OF<br>RONALD J. HALPIN,<br><br>    Defendants-in-Counterclaim. | **JUDGMENT INCLUDING**<br>**<u>DECLARATORY RELIEF</u>** |

    This action came on for trial, jury waived, before the Court, Honorable Kenneth P. Neiman, Magistrate Judge, presiding and the issues having been duly tried and a decision having been duly rendered,

    IT IS ORDERED AND ADJUDGED:

Pursuant to the Rule 57 of Federal Rules of Civil Procedure and 28 USC §2201, the Court hereby enters the following declaratory judgment in favor of the Plaintiff-in-Counterclaim, RDC of Connecticut, Inc., on Count I of its Complaint:

1. Alice Halpin shall defend, indemnify and hold harmless RDC of Connecticut, Inc. and its wholly-owned subsidiary, Pinnacle Transportation, Inc., from and against any claims brought by Yvon Demers for or arising out of work-related injuries sustained on or about September 13, 2003; and

2. Alice Halpin shall defend, indemnify and hold harmless, RDC of Connecticut, Inc. and its wholly-owned subsidiary, China Grove Transportation, Inc., from and against any claims brought by Hans Valestin for or arising out of work-related injuries sustained on or about January 8, 1998, including those damages awarded to Hans Valestin by Administrative Decision of the State of New York Worker's Compensation Board dated May 12, 2006.

Dated at Springfield, Massachusetts this ___31___ day of July, 2006.

KENNETH P. NEIMAN
MAGISTRATE JUDGE